UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY KEITH, and
YOLANDA KEITH,
    Plaintiffs,

v.    CASE NO. 08-13398
    DISTRICT JUDGE BERNARD A. FRIEDMAN
    MAGISTRATE JUDGE DONALD A. SCHEER

COUNTRY WIDE MORTGAGE INC.,
et.al.,
    Defendants.
_____/

## ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiffs have filed a Motion for Leave to file an Amended Complaint on October 17, 2008. Plaintiffs renewed their motion on November 14, 2008 (Docket #5 & 10). The Amended Complaint provides additional facts that were not known at the time the Original Complaint was filed in August 2008. Defendants filed an Answer to the Original Complaint on August 29, 2008 (Docket #4). Federal Rules of Civil Procedure 15(a) mandates that leave to file an Amended Complaint after a responsive pleading should be freely given, unless the amendment is frivolous. The Amended Complaint does not add frivolous allegations, Now Therefore;

**IT IS HEREBY ORDERED** that Plaintiffs' Motions for Leave to File an Amended Complaint is hereby GRANTED. Since plaintiffs have not been granted in forma pauperis status, they are responsible for serving defendants with copies of the Amended Complaint. Plaintiffs are directed to file an Amended Complaint by December 1, 2008.

    s/Donald A. Scheer
    DONALD A. SCHEER
    U.S. MAGISTRATE JUDGE

DATED: November 24, 2008
_____

**CERTIFICATE OF SERVICE**

I hereby certify on November 24, 2008 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on November 24, 2008: **Gregory Keith, Yolanda Keith.**

    s/Michael E. Lang
    Deputy Clerk to
    Magistrate Judge Donald A. Scheer
    (313) 234-5217