UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


GREGORY KEITH and
YOLANDA E. KEITH,
        Plaintiffs,                          Case No. 08-13398
                                                  HON. BERNARD A. FRIEDMAN

vs.


COUNTRYWIDE HOME LOANS, INC., et al.,
        Defendants.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge Donald A. Scheer's Report and

Recommendation dated April 29, 2009.  No objections were filed thereto.

This Court had an opportunity to fully review this matter and believes that the Magistrate

Judge has reached the correct conclusions for the proper reasons.  Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Scheer's Report and Recommendation

dated April 29, 2009, is hereby accepted and adopted.

IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment is

GRANTED.

IT IS FURTHER ORDERED that the Amended Complaint is DISMISSED.

Dated: May 12, 2009                S/Bernard A. Friedman_____
       Detroit, Michigan             BERNARD A. FRIEDMAN
                                        UNITED STATES DISTRICT JUDGE